## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael Renner,             :
              Appellant     :
                     :
             v.           :     No. 1479 C.D. 2017
                     :
The Court of Common Pleas    :
of Lehigh County, County of Lehigh,  :
John J. Sikora and Mark Surovy   :

**PER CURIAM**                 **O R D E R**

      NOW, December 3, 2018, having considered appellant's application for reconsideration/reargument, the application is denied.